PAMELA C. CHALK (Bar No. 216411)
pamchalk@doctormultimedia.com
Chief Litigation Counsel
Doctor Multimedia
4303 La Jolla Village Drive Suite 3130
San Diego, CA 92122
Tel: 619.788-8858

Attorneys for GOPHER MEDIA LLC, dba Doctor Multimedia

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPHER MEDIA LLC (formerly known as Local Clicks), dba Doctor Multimedia, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>ROYA.COM LLC, a Delaware Limited Liability Company; OD'S ON FINANCE LLC, a California Limited Liability Company; DAT BUI, an individual; AARON NEUFELD, an individual; JULIE PHAN, an individual; CHRISTOPHER LOPEZ, an individual; MOHAMMED RANJI AKA "MO RANJI", an individual; JOHN DOE, believed to be an individual or a business entity; and Does 2-10 | CASE NO.: 3:23-cv-00834-JES-DDL<br><br>**PLAINTIFF GOPHER MEDIA LLC'S NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT/TO STRIKE DEFENDANTS' FEE MOTION; OR, IN THE ALTERNATIVE, TO VACATE DISMISSAL; FOR FEES AND/OR SANCTIONS TO BE JOINTLY AND SEVERALLY IMPOSED UPON DEFENDANTS ROYA.COM LLC, MOHAMMED RANJI, AND/OR THEIR COUNSEL ANDREW SKALE AND KARA CORMIER IN THE AMOUNT OF $28,500.00 OR ANY OTHER AMOUNT THE COURT DEEMS JUST AND REASONABLE UNDER THE CIRCUMSTANCES**<br>DATE: JUNE 5, 2024<br>TIME: 9:00 A.M.<br>CTRM: 4B, Edward J. Schwartz,<br>221 West Broadway,<br>San Diego, CA 92101 |

**TO THE PARTIES, THEIR COUNSEL, AND THE JUDGE OF THE ABOVE-TITLED COURT:**

PLEASE TAKE NOTICE that on JUNE 5, 2024 at 9:00 a.m. PST. or as soon thereafter as the matter may be heard in Courtroom 4B of the above-entitled Court, located at Edward J. Schwartz, United States Courthouse, 221 West Broadway, San Diego, CA 92101 by the Honorable Judge James E. Simmons, Jr., Plaintiff Gopher Media LLC ("Plaintiff") will, and hereby does, move to enforce the settlement put onto the record before the Honorable Magistrate assigned to this case, Honorable Judge David D Leshner ("Judge Leshner") on April 2, 2024 or, in the alternative to vacate the dismissal of this matter pursuant to FRCP 60 and all other applicable provisions of law. Specifically, Plaintiff moves for the following relief:

1)    The Court to enforce the settlement agreement put on the record in April 2, 2024 before Judge Leshner by striking Defendants' motion for fees ECF No. 63 et seq.) and/or denying it;

2)`    Alternatively, the Court to vacate and set aside the dismissal of this case;

3)    Sanctions should be imposed upon Defendants and their counsel Andrew Skale and Kara Cormier and/or fees awarded to Plaintiff in the amount of $28,500 or whatever amount the Court deems just and reasonable;

4)    Any other relief the Court deems just and reasonable under the circumstances.

The grounds for this motion are that Defendants have filed a meritless motion for their fees even though a settlement was reached and Plaintiff has made payment to Defendants per the agreement and dismissed the case per the agreement. Defendants have taken the position that Plaintiff allegedly repudiated the agreement which is disputed. The Court should enforce the

agreement by striking the Defendants' motion or alternatively, vacate the dismissal entered.

This Notice of Motion and Motion are based on this notice, the accompanying memorandum of points and authorities, the reply papers to be submitted at a later date, any declarations or exhibits filed by the Plaintiff in support of this Motion, all records and papers on file with the Court, all pleadings, papers, and evidence of which the Court may take judicial notice, and upon such further evidence and argument as may be presented prior to or at the time of hearing on the motion/application.

Dated: 5/8/2024

By:/s/Pamela C. Chalk
Pamela C. Chalk
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.1(h). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 8th day of May, 2024.

DATED: May 8, 2024

By:/s/Pamela C. Chalk
Pamela C. Chalk
Attorneys for Plaintiff